IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA SALVATO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| LIEUTENANT THOMAS SMITH, | : | |
| CAPTAIN JOHN DARBY, and | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | NO. 13-2112 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 9th day of *July*, 2013, upon consideration of the Motion by Defendants Lieutenant Thomas Smith, Captain John Darby, and the City of Philadelphia to Dismiss (Docket No. 4) and Plaintiff Lisa Salvato's Response (Docket No. 6), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
 RONALD L. BUCKWALTER, S.J.